## CASE ANNOUNCEMENTS

*September 16, 2008*

[Cite as *09/16/2008 Case Announcements #2,* 2008-Ohio-4681.]

## MOTION AND PROCEDURAL RULINGS

**2008–1804.   State ex rel. Upper Arlington v. Franklin Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration of the motion of Michael A. Schadek for

leave to intervene as a respondent,

It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

## September 17, 2008

[Cite as *09/17/2008 Case Announcements,* 2008-Ohio-4665.]

# DISCIPLINARY CASES